In the Matter of JULE FINK, Appellant, against ASHLEY T. COLE et al., Constituting the Racing Commission of the State of New York, et al., Respondents.

Submitted October 2, 1950; decided October 20, 1950.

*Nathaniel L. Goldstein, Attorney-General (John P. Powers* and *Wendell P. Brown* of counsel), for motion.

*Martin A. Schenck, Harold C. McCollom* and *John W. Burke, Jr.,* for motion.

*Charles H. Tuttle* and *Bernard Segal* opposed.

Motions denied.